**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:14-CV-20377-MGC**

MATTHEW D. BAVARO,

      Plaintiff,

vs.

SUNTRUST BANK,

      Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, MATTHEW D. BAVARO, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

    /s/Yechezkel Rodal
    YECHEZKEL RODAL, ESQ.
    Florida Bar No. 91210
    LOAN LAWYERS, LLC
    *Attorneys for Plaintiff*
    377 North State Road 7, Suite 202
    Plantation, FL 33317
    Telephone: (954) 523-4357
    Facsimile: (954) 581-2786
    chezky@floridaloanlawyers.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on August 25, 2014 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Randy R. Dow, Esq.
McGlinchey Stafford, PLLC
1 East Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33301
Counsel for Defendant SUNTRUST
Service by CM/ECF

                                              LOAN LAWYERS, LLC
                                              *Attorneys for Plaintiff*
                                              377 North State Road 7, Suite 202
                                              Plantation, FL 33317
                                              Telephone: (954) 523-4357
                                              Facsimile: (954) 581-2786

                                              /s/Yechezkel Rodal
                                              YECHEZKEL RODAL, ESQ.
                                              Florida Bar No. 91210
                                              chezky@floridaloanlawyers.com