UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20377-Civ-COOKE/TORRES

MATTHEW D. BAVARO,

    Plaintiff,

vs.

SUNTRUST BANK,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE is before me on the parties' Joint Stipulation for Final Order of Dismissal (ECF No. 34). In their Stipulation, the parties condition the dismissal of the case with prejudice on this Court retaining jurisdiction over the matter to enforce the terms of their settlement agreement should the need arise. Pursuant to this condition, this Court **APPROVES and ADOPTS** the Stipulation.

This case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his or its own attorney's fees and costs except as specified in the parties' settlement agreement. This Court shall retain jurisdiction over the matter to enforce the terms of the parties' settlement agreement. *See Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 11th day of September 2014.

                                                                   MARCIA G. COOKE
                                                                   United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*